[No. 49848-7-I.   Division One.   February 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. LORENZO MARR, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-11267-6, Helen Halpert, J., entered January 14, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 49904-1-I.   Division One.   February 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN ARROYO-MURILLO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-04581-1, Donald D. Haley, J., entered December 24, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 49987-4-I.   Division One.   February 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. RAYMOND BARRAIRS LOPEZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-07977-4, Douglass A. North, J., entered December 21, 2001. *Affirmed* by unpublished per curiam opinion.

[No. 50095-3-I.   Division One.   February 10, 2003.]

THE STATE OF WASHINGTON, *Respondent*, v. BARRY MICHAEL TUNNEY, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 01-1-06155-7, Steven G. Scott, J., entered February 8, 2002. *Affirmed* by unpublished per curiam opinion.